IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JESSE JAMES,

    Plaintiff,

vs.

HUGH SMITH, Warden; Lt. JOHN
BOYETT; Office TRACY SIMMONS;
Officer PARKER; Officer MICHAEL
McGINNIS; Officer MADISON, and
Officer WILLIAM AUSTIN,

    Defendants.

CIVIL ACTION NO.: CV605-038

## ORDER

Plaintiff's "Motion to Add Affidavit of Boxer X" as an exhibit to his Motion for Summary Judgment is **dismissed** as moot. Plaintiff's Motion for Summary Judgment was denied by Order dated September 21, 2006.

**SO ORDERED**, this 25 day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)