FILED
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA** BRUNSWICK DIV.
**STATESBORO DIVISION**

2007 FEB 16  P 2: 23

CLERK _C. Odell_
SO. DIST. OF GA.

JESSE JAMES,                                     :

        Plaintiff,                              :

      vs.                                         :          CIVIL ACTION NO.: CV605-038

HUGH SMITH, Warden; Lt. JOHN          :
BOYETT; Office TRACY SIMMONS;         :
Officer PARKER; Officer MICHAEL       :
McGINNIS; Officer MADISON, and        :
Officer WILLIAM AUSTIN,               :

        Defendants.                            :

## O R D E R

Plaintiff has filed a Motion in Limine seeking to exclude his criminal convictions and

prison disciplinary history from any trial of this case.  Defendants oppose Plaintiff's motion.

For the reasons stated in Defendants' response, Plaintiff's Motion in Limine is **DENIED**.

**SO ORDERED**, this _16th_ day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE