# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Statesboro Division



JESSE JAMES,
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

vs.

WARDEN HUGH SMITH,
LT. JOHN BOYETT, OFFICER
TRACY SIMMONS, OFFICER
PARKER, MICHAEL MCGINNIS,
OFFICER MADISON, and
OFFICER WILLIAM AUSTIN,
    Defendants

Case Number CV605-38

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in accordance with the Oral Ruling made in open court on August 21, 2007, granting the Plaintiff's oral motions to dismiss Defendants Smith and Boyett, all claims against the Defendant, WARDEN HUGH SMITH, are hereby dismissed. The claim against the Defendant, LT. JOHN BOYETT, for failure to protect Plaintiff is also dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that in accordance with the Jury

Verdict, judgment is hereby entered in favor of the Defendant, LT. JOHN BOYETT, as to the excessive use of force claim, in favor of the Defendants, OFFICER TRACY SIMMONS, OFFICER PARKER, OFFICER MADISON, MICHAEL MCGINNIS, and OFFICER WILLIAM AUSTIN, as to claims of excessive use of force on June 1, 2004, during the extraction of the Plaintiff from his cell, and against the Plaintiff, JESSE JAMES. The Defendants do have and recover their Costs of Court in their behalf expended, such costs to be taxed by the Clerk.

APPROVED:

James E. Graham
Magistrate Judge, U. S. District Court

Date: September 4, 2007

SCOTT L. POFF, CLERK

By: Sherry Taylor, Deputy Clerk